UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
ESTATE OF THOMAS
WOESTE, et al.,

        Plaintiffs,

        v.                                   C-1-02-056

THE AIG LIFE COMPANIES (U.S.)
d/b/a AIG LIFE INSURANCE COMPANY,

        Defendant.
```

## ORDER

The above-captioned case is transferred to the United States District Court Clerk for reassignment.

**IT IS SO ORDERED.**

```
                                    S/
                           Herman J. Weber, Senior Judge
                           United States District Court
```

J:\HJWA\02-056reassign.wpd