UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTATE OF THOMAS WOESTE, et al.,

    Plaintiff(s),

-vs-                                                                 C-1-02-056

THE AIG LIFE COMPANIES (U.S.)
d/b/a AIG LIFE INSURANCE COMPANY,

    Defendant(s).

## NOTICE

The above-captioned matter is hereby **REASSIGNED** from the docket of the Honorable Herman J. Weber to the docket of the Honorable **Sandra S. Beckwith.**

*Arthur Hill* (signature)
Arthur W. Hill
Operations Supervisor