# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Estate of Thomas Woeste, et al.,**
      **Plaintiffs,**

-vs-                                                                                          Case No. C-1-02-56

**The AIG Companies,**
      **Defendant.**

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANTS' MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD [DOC 18] IS **GRANTED**.

PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT [DOC 17] IS **DENIED** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT [DOC 31].

Date: September 19, 2003                                        KENNETH J. MURPHY, JR., CLERK

                                                  By:s/_____
                                                  Tempann Thomas, Deputy Clerk