FILED
KENNETH J. MURPHY
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. C-1-02-56

03 OCT -9 PM 12:58

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**ESTATE OF THOMAS WOESTE, et al.**                    **APPELLANTS**

VS.

**THE AIG COMPANIES**                                   **APPELLEE**

## NOTICE OF APPEAL

Notice is hereby given that Estate of Thomas Woeste, hereby appeal to the United States Court of Appeals for the Sixth Circuit from final judgment Order entered in this action on September 19, 2003.

_____
ROBERT E. BLAU
JOLLY, BLAU, KRIEGE & TURNER
3699 Alexandria Pike
Cold Spring, KY 41076
859/441-5400
ATTORNEY FOR APPELLANTS

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing has been mailed this _8th_ day of October, 2003 to Michael A. Manzler, Esq., 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202; and William Santen, Esq., 312 Walnut Street, Cincinnati, Ohio 45202.

_____
ROBERT E. BLAU