```
Thu Oct  9 12:41:51 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 420477
Cashier            kj1

Tender Type  CHECK

Check Number: 1693

Transaction Type  N

DO Code    Div No     Acct
 4661        1       066900

Amount           $    105.00

JBK&T ROBERT BLAU


NOTICE OF APPEAL ON C-1-02-056




Thu Oct  9 12:41:51 2003

Check No. 1693
Amount $  105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```