# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION** to be completed by the Sixth Circuit |
| **District Court Case No:** C-1-02-56 | **Court of Appeals Case No:** 03-4332 |
| **SHORT CAPTION** **ESTATE OF THOMAS WOESTE, et al.** | **Case Manager:** MICHELLE DAVIS |
| **Plaintiff/Petitioner** vs. **THE AIG COMPANIES** | **Date Filed:** |
| **Defendant/Respondent** | **FILED OCT 1 5 2003 LEONARD GREEN Clerk** |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Sandra S. Beckwith | **Anything That Needs Special Attention** Notice of Appeal (doc.#33) appealing from the final judgment Order (doc.#'s 31 & 32). |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** Arthur Hill | |
| **Date:** October 9, 2003 | |
| **$105.00 Appeal Filing Fee Paid?** Yes | |

RECEIVED OCT - 9 2003 Leonard Green Clerk

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _United States District Court_

FILED KENNETH J. MURPHY CLERK 03 OCT 21 AM 9:32