☐ AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO, WESTERN DIVISION

ESTATE OF THOMAS WOESTE, et al., Plaintiffs,

V.

THE AIG LIFE COMPANIES (U.S.) DBA
AIG LIFE INSURANCE COMPANY, Defendant

## BILL OF COSTS

Case Number: C-1-02-056

Judgment having been entered in the above entitled action on  September 19, 2003  against  Plaintiffs ,
                                                                  Date
the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $604.20 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 604.20** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   Robert E. Blau and William E. Santen, Jr., Attorneys for Plaintiffs

Signature of Attorney: _[signature] Michael A. Manzler_

Name of Attorney: Michael A. Manzler

For: AIG Life Insurance Company         Date: October 23, 2003
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                        Deputy Clerk                       Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF THOMAS WOESTE, et al., | : | Case No. C-1-02-056 |
| | : | |
| Plaintiffs, | : | (Judge Beckwith) |
| | : | |
| v. | : | |
| | : | |
| THE AIG LIFE COMPANIES (U.S.) dba | : | |
| AIG LIFE INSURANCE COMPANY, | : | **MEMORANDUM OF COSTS** |
| | : | |
| Defendant. | : | |

The following is an itemization of costs incurred by Defendant AIG Life Insurance Company in the above-captioned matter, in which a final judgment in Defendant's favor was entered on September 19, 2003, against Plaintiffs The Estate of Thomas Woeste, and Kimberly Woeste. An Affidavit from Defendant's counsel verifying such costs is attached as Exhibit A.

ITEMIZATION:

A. Duplication Costs:

    1. Defendant's Memorandum in Opposition to "Plaintiffs' Joint Motion for Declaratory Judgment and Summary Judgment"

        (23 pages @ $.15 x 5 copies[1]) ..................................................................$17.25

    2. Defendant's Motion for Judgment on the Administrative Record and Memorandum in Support thereof, with attachments

        (36 pages @ $.15 x 5 copies) ...................................................................$27.00

    3. Documents Produced to Plaintiffs in Discovery (the Administrative Record)

        (1206 pages @ $.15 x 3 copies[2]) .............................................................$542.70

---

[1] The five copies consisted of a copy for the Court, a file-stamped client copy, an attorney work copy, and two copies for Plaintiffs' two attorneys.

[2] The three copies consisted of a copy for Plaintiffs' counsel, a copy for Defendant's counsel, and a copy filed with the Court.

2

4.  Defendant's Reply Brief in Support of its Motion to Dismiss

    (14 pages @ $.15 x 5 copies)..................................................................$10.50

5.  Defendant's Motion to Dismiss (9 pages @ $.15 x 5 copies) ........................$6.75

    GRAND TOTAL .................................................................................$604.20

                                         Respectfully submitted,

                                         /s/ Michael A. Manzler
                                         Michael A. Manzler (0059968)
                                         Michael W. Hawkins (0012707)
                                         Dinsmore & Shohl LLP
                                         1900 Chemed Center
                                         255 East Fifth Street
                                         Cincinnati, Ohio 45202

                                         Attorneys for Defendant
                                           AIG Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Bill of Costs and Memorandum in Support thereof was filed electronically with the Court this 23rd day of October, 2003. Notice of this filing will be sent to Robert E. Blau and William E. Santen, Jr., Attorneys for Plaintiffs, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Michael A. Manzler
                                              Michael A. Manzler (0059968)

#951972

# AFFIDAVIT
## OF
## MICHAEL A. MANZLER, ESQ.

STATE OF OHIO            )
                         ) SS:
COUNTY OF HAMILTON       )

I, Michael A. Manzler, being duly cautioned and sworn, state that I am one of the attorneys for AIG Life Insurance Company in the above action, and as such have personal knowledge of the facts relative to the costs set forth above; that the items in the above Memorandum and Bill of Costs are correct, and have been necessarily incurred in the said action; and that services charged therein have been actually and necessarily performed as therein stated.

_____
Michael A. Manzler

Sworn to and subscribed before me, a Notary Public, this 23rd day of October, 2003.

_____
Notary Public

ROBERT J. REID, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03

4