No. 03-4332

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
DEC 29 2003
LEONARD GREEN, Clerk

ESTATE OF THOMAS WOESTE, by Kimberly Woeste, Administrator; KIMBERLY WOESTE, Individually,

    Plaintiffs - Appellants,

v.

AIG LIFE COMPANIES,

    Defendant - Appellee.

ORDER

C-1-02-56

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk