UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTATE OF THOMAS WOESTE, et al.,

          Plaintiffs,

-vs-                                                                               C-1-02-056

THE AIG LIFE COMPANIES (U.S.)
dba AIG LIFE INSURANCE COMPANY,

          Defendant.

### MEMORANDUM OF THE CLERK

Defendant AIG Life Companies' Bill of Costs (doc. no. 35) is hereby rendered **MOOT** pursuant to the advice of counsel that the matter has been settled between the parties.

Dated: March 5, 2004                    James Boninj, Clerk

                                              BY: _____
                                                      Karen F. Jones
                                                      Resident Deputy-in-Charge

cc:    Mr. Michael W. Hawkins, Esq.
        Michael A. Manzler, Esq.
        Robert E. Blau, Esq.
        Willial E. Santen, Esq.